## UNITED STATES DISTRICT COURT
### For the District of Columbia

DAMIAN A. WILK                              :
    1362 Windmill Lane                   :
    Silver Spring, Maryland 20905,        :
          Plaintiff,            :
                       :    Case: 1:07-cv-01257
                       :    Assigned To : Leon, Richard J.
         v.                  :    Assign. Date : 7/13/2007
                       :    Description: Employ. Discrim.
DISTRICT OF COLUMBIA                        :
    1350 Pennsylvania Avenue, NW         :
    Washington, DC 20001,                :
          Defendant.            :

  Serve:

    a)  Office of the Mayor                       b)  Office of the Attorney General
        1350 Pennsylvania Avenue, N.W.            441 Fourth Street, N.W.
        Washington, DC 20004                    Washington, DC 20001



## —— COMPLAINT ——

### Introduction

This is an action seeking compensatory damages, back pay, front pay and injunctive relief filed by an employee of the District of Columbia Fire and Emergency Services Department who was subjected to discrimination on the basis of his race in violation of his rights under the Civil Rights Act of 1866 and Title VII of the Civil Rights Act of 1964, as amended.

### Parties

1.    The Plaintiff Damian A. Wilk is an adult resident of the State of Maryland whose home address is 1362 Windmill Lane, Silver Spring, Maryland 20905.

2.   The Defendant District of Columbia is a municipal government and corporation with its principal office located at 1350 Pennsylvania Avenue, NW, Washington, DC 20004. The District of Columbia Fire and Emergency Medical Services Department is a subordinate agency of the Defendant District of Columbia and an "employer" within the meaning of 42 U.S.C. 2000e(b).

## Jurisdiction and Venue

3.   All acts or omissions hereinafter alleged occurred within the District of Columbia.

4.   This action is filed within ninety days after the Plaintiff's receipt of notification from the United States Equal Employment Opportunity Commission of his right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e *et seq.*

5.   Jurisdiction over the subject-matter and parties to this action is conferred upon this Court pursuant to 28 U.S.C. 1331, 42 U.S.C. 1981 and 42 U.S.C. 2000e-5(f)(3).

6.   Venue is proper in this District pursuant to 28 U.S.C. 1391 and 42 U.S.C. 2000e-5(f)(3).

## Statement of the Case

7.   At all times hereinafter alleged, the Plaintiff -- who is of Caucasian racial background – was employed by the District of Columbia Fire and Emergency Medical Services Department (hereinafter, the "Department").

8.   On April 8, 2005, the Department demoted the Plaintiff from his rank of Acting Deputy Fire Chief to his previous rank of Battalion Fire Chief effective April 17, 2005.

9.    The Plaintiff's demotion to Battalion Fire Chief was motivated, in whole or in part, by the Department's discriminatory intent, custom, and practice of recruiting, hiring, promoting, demoting and disciplining its employees on the basis of race.

## Causes of Action

### Count I: 42 U.S.C. 1981 Violation

10.    The allegations contained in paragraphs one through nine inclusive of this *Complaint* are incorporated by reference into Count I.

11.    Pursuant to 42 U.S.C. 1981, the Plaintiff had the right to be evaluated for retention in his Deputy Fire Chief position or demotion to his former rank of Battalion Fire Chief on the basis of factors other than his race.

12.    As a direct and proximate result of the discriminatory actions of the District of Columbia, the Plaintiff was demoted to the less remunerative position of Battalion Fire Chief, lost the past, present, and future wage and other employment benefits which he would have earned had he been retained in his Deputy Fire Chief position and experienced great emotional distress; all to his damage in the amount of one million dollars.

### Count II: 42 U.S.C. 2000e Violation

13.    The allegations contained in paragraphs one through nine inclusive of this *Complaint* are incorporated by reference into Count II.

14.    Pursuant to 42 U.S. 2000e-2(a), the Plaintiff had the right to be evaluated for retention in his Deputy Fire Chief position or demotion to his former rank of Battalion Fire Chief on the basis of factors other than his race.

15.    As a direct and proximate result of the discriminatory actions of the District of Columbia, the Plaintiff was demoted to the less remunerative position of Battalion Fire Chief, lost the past, present, and future wage and other employment benefits which he would have earned had he been retained in his Deputy Fire Chief position and experienced great emotional distress; all to his damage in the amount of one million dollars.

### Prayer For Relief

WHEREFORE, the premises considered, the Plaintiff Damian A. Wilk respectfully prays this Court to:

- Issue an order compelling the District of Columbia to restore him to his former rank of Deputy Fire Chief;

- Award him one million dollars in compensatory damages, back pay and front pay;

- Award him reasonable costs, interest, and attorneys fees; and

- Grant him such other relief as this Court deems just and proper.

Respectfully submitted,

/S/

James Thomas Maloney #254102
Counsel for the Plaintiff
Maloney & Mohsen PLLC
4201 Connecticut Avenue, NW
Suite 500
Washington, DC 20008-1163
Tel: (202) 237-6800  x202
Fax: (202) 966-5270
Email: verdict@verizon.net

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

Damian A. Wilk

88888

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Montgomery
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Thomas Maloney
Maloney & Mohsen PLLC
4201 Connecticut Avenue, NW - Suite 500
Washington, DC 20008
202-237-6800 Ext. 202

**DEFENDANTS**

District of Columbia

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
**(IN U.S. PLAINTIFF CASES ONLY)** _____
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

Case: 1:07-cv-01257
Assigned To : Leon, Richard J.
Assign. Date : 7/13/2007
Description: Employ. Discrim.

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government
Plaintiff

◉ 3 Federal Question
(U.S. Government Not a Party)

○ 2 U.S. Government
Defendant

○ 4 Diversity
(Indicate Citizenship of
Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX**
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

# IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**○ A. *Antitrust***

☐ 410 Antitrust

**○ B. *Personal Injury/ Malpractice***

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**○ C. *Administrative Agency Review***

☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. *General Civil (Other)*     OR     ○ F. *Pro Se General Civil***

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

2

| ○ G. *Habeas Corpus/ 2255* | ⊙ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

⊙ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Employment discrimination in violation of 42 U.S.C. 1981 and 42 U.S.C. 2000e

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 1,000,000.00   Check YES only if demanded in complaint

JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE   July 13, 2007   SIGNATURE OF ATTORNEY OF RECORD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.