UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAMIAN A. WILK, | : |
| Plaintiff | : |
| v. | : No. 1:07cv01257 (RJL) |
| DISTRICT OF COLUMBIA, | : |
| Defendant. | : |

CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT
TO FILE ITS RESPONSE TO THE COMPLAINT

Defendant, by and through the Office of the Attorney General for the District of Columbia, hereby moves this Court pursuant to Fed. R. Civ. Pro. 6 (b) (1) and LCvR 7 for an order extending the deadline for the District to file its response to the complaint from August 27, 2007 up to and including September 14, 2007. In support of this motion the District states the following:

1. This case arises out of the Plaintiff's alleged demotion within the DC Fire Department.

2. District's response to the complaint is due on August 27, 2007.

3. This case was just assigned to undersigned counsel.

4. Undersigned counsel will be on leave from Monday August 13, 2007 through Friday August 24, 2007.

5.	In order to file an appropriate response to the complaint records relevant to this matter will to be request from the Fire Department and because of undersigned counsel's scheduled vacation the District needs additional time to file its response to the complaint.

6.	This is the District's first request for an extension of time and this request is being made prior to the date a response to the complaint is due.

7.	Counsel for plaintiff has consented to this motion and, therefore, plaintiff will not be prejudiced if this motion is granted.

                Respectfully submitted,

                LINDA SINGER
                Attorney General for the
                District of Columbia

                GEORGE VALENTINE
                Deputy Attorney General
                Civil Litigation Division

                /s/NICOLE L. LYNCH/s/_____
                NICOLE L. LYNCH [471953]
                Chief Civil Litigation Division Section II

                /s/David A. Jackson/s/_____
                DAVID A. JACKSON [471535]
                Assistant Attorney General
                Office of the Attorney General
                441 Fourth Street, NW, 6 South
                Washington, D.C.  20001
                Direct Line: (202) 724-6618
                Facsimile: (202) 727-3625
                E-mail:  davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAMIAN WILK : | |
| Plaintiff : | |
| : | No. 1:07cv01257 (RJL) |
| v. : | |
| DISTRICT OF COLUMBIA, : | |
| Defendant. : | |

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT
MOTION FOR EXTENSION OF TIME FOR DEFENDANTS
TO FILE THEIR RESPONSE TO THE COMPLAINT

1. Fed. R. Civ. Pro. 6 (b) (1).

2. LCvR 7.

3. The consent of counsel for plaintiffs.

4. The entire record herein.

5. The inherent powers of this Court.

WHEREFORE, Defendants respectfully move this Court to grant the instant motion.

                                             Respectfully submitted,

                                             LINDA SINGER
                                             Attorney General for the
                                             District of Columbia

                                             GEORGE VALENTINE
                                             Deputy Attorney General
                                             Civil Litigation Division

/s/NICOLE L. LYNCH/s/_____
NICOLE L. LYNCH [471953]
Chief Civil Litigation Division Section II

/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, NW, 6 South
Washington, D.C. 20001
Direct Line: (202) 724-6618
Facsimile: (202) 727-3625
E-mail: davida.jackson@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAMIAN A. WILK

    Plaintiff

v.                         No. 1:07cv01257 (RJL)

DISTRICT OF COLUMBIA,

    Defendant.

**<u>PROPOSED ORDER</u>**

Upon consideration of Defendant's consent motion to extend time to file its response to the complaint, the memorandum of points and authorities in support thereof, the consent of counsel for Plaintiffs, and the entire record herein, it is this _____ day of August, 2007,

ORDERED that the Defendant's Motion is GRANTED; and further

ORDERED that the Defendant's response to the complaint shall be filed on or before September 14, 2007.

 

Judge Richard J. Leon
United States District Court
District of Columbia