# UNITED STATES DISTRICT COURT

### For the District of Columbia

| | | |
|---|---|---|
| DAMIEN WILK, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 1:07-CV-1257 RJL |
| | : | |
| | : | |
| THE DISTRICT OF COLUMBIA, | : | |
| Defendant. | : | |

## JOINT MEET AND CONFER STATEMENT

Pursuant to L.Cv.R. 16.3, the parties to this action respectfully submit their joint meet and confer statement.

1. This is an action seeking monetary damages for the racial discrimination the Plaintiff alleges he experienced during the course of his employment by the District of Columbia Fire and Emergency Services Department. The Defendant denies that the Plaintiff experienced any such discrimination.

2. The parties suggest that this matter be placed on the Standard case track. No dispositive motions have been filed to date. The Defendant will likely move for summary judgment after the close of discovery.

3. At present, the parties are unaware of any other parties to be joined in this action. Whether some of the factual or legal issues can be agreed upon or narrowed will depend on the results of discovery.

4.      The Plaintiff has no objection to the assignment of this case to a Magistrate Judge for all purposes. The Defendant does not consent to this matter being assigned to a Magistrate Judge for any purpose other than mediation.

5.      It is too early to determine if there is a realistic possibility of settling the case.

6.      The Plaintiff is willing to engage in mediation at any time, including prior to the initiation of discovery. The Defendant would request that any mediation follow the resolution of any dispositive motions.

7.      The parties propose that the deadline for dispositive motions should be at least thirty days after the conclusion of discovery.

8.      The parties have agreed to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

9.      The parties propose twenty-five interrogatories and five depositions per side. The parties propose that all discovery including answers to interrogatories, document production, responses to requests for admissions, and depositions be concluded by June 30, 2008. Depending upon the discovery requested, the Defendant may require a protective order for confidential information. The parties have not agreed to waive the one day/seven hour per deposition requirement of Fed. R. Civ. P. 30(d).

10.     Pursuant to the Case Tracking Schedule typically followed by this Court, the parties propose that (i) witness lists and written discovery requests be exchanged not later than May 1, 2008, (ii) the Plaintiff's Rule 26(a)(2) expert witness reports be filed not later than May 1, 2008,

(ii) the Defendant's initial expert witness reports be filed not later than June 2, 2008, (iv) any supplemental expert witness reports be filed not later than June 16, 2004, and (v) discovery close on June 30, 2008.

11.    At this time, the parties do not believe that either trial or discovery should be bifurcated or managed in phases. However, the Defendant reserves the right to request bifurcation as the case develops.

12.    The parties propose that the pretrial conference be scheduled on or about _____, 2008.

13.    The parties suggest that the trial date should be set at the pretrial conference.

14.    At this time, there are no other matters appropriate for inclusion in a scheduling order.

Respectfully submitted,


/S/JAMES T. MALONEY #254102
Maloney & Mohsen PLLC
4201 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20008-1163
Tel: (202) 237-6800  x202
Fax: (202) 966-5270
Email: verdict@verizon.net

*Counsel For Plaintiff*




/S/ DAVID A. JACKSON 471535
Assistant Attorney General
Suite 600S
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6618
(202) 727-3625 (fax)
Email:  davida.jackson@dc.gov

*Counsel For Defendant*

# UNITED STATES DISTRICT COURT

### For the District of Columbia

DAMIEN WILK,                              :

             Plaintiff,              :

                              :

             v.                       :          Civil Action No. 1:07-CV-1257 RJL

                              :

                              :

THE DISTRICT OF COLUMBIA,                 :

             Defendant.             :

## SCHEDULING ORDER

        In order to manage the above-captioned civil case in a manner fair to the litigants and consistent with the parties' interest in completing this litigation in the shortest possible time and at the least possible cost, it is this _____ day of December, 2007, hereby

        **ORDERED**, that:

1.      The parties may dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

2.      The parties shall be permitted to propound twenty-five interrogatories and conduct five depositions per side.

3.      The parties' witness lists and written discovery requests shall be exchanged not later than May 1, 2008.

4.      The Plaintiff's Rule 26(a)(2) expert witness reports shall be filed not later than May 1, 2008.

5.      The Defendant's initial expert witness reports shall be filed not later than June 2, 2008.

6.      Any supplemental expert witness reports shall be filed not later than June 16, 2008.

7.      Discovery shall close on June 30, 2008.

8.       An interim status conference shall be conducted at _____a.m. on _____, 2008.

12.     Dispositive motions shall be filed on or before _____, 2008.

13.     Oppositions to those motions shall be filed on or before _____, 2008.

14.     Replies to those oppositions shall be filed on or before _____, 2008.

15.     The parties shall continue to comply with this Court's July 16, 2007, Case Management Order.

        **SO ORDERED**.


                                        RICHARD J. LEON
                                        United States District Judge