UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

FILED

DEC 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| **DAMIEN WILK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 07-1257 (RJL) |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| Defendant. ) | |

### SCHEDULING ORDER

Upon receipt and consideration of the parties' Joint Meet and Confer Statement, it is this _____ day of December, 2007 hereby

**ORDERED** that the following schedule is entered:

1. The parties may dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

2. The parties shall be permitted to propound twenty-five interrogatories and conduct five depositions per side.

3. The parties' witness lists and written discovery requests shall be exchanged no later than May 1, 2008.

4. The plaintiff's Rule 26(a)(2) expert witness reports shall be filed no later than May 1, 2008.

5. The defendant's initial expert witness reports shall be filed no later than

1

June 2, 2008.

6. Any supplemental expert witness reports shall be filed no later than June 16, 2008.

7. All discovery shall close on June 30, 2008.

8. An interim status conference shall be conducted ^either at 11:00 a.m. on July 8, 2008 in Courtroom 18. *or at a time to be determined*

9. Dispositive motions shall be filed on or before August 1, 2008.

10. Oppositions to those motions shall be filed on or before August 29, 2008.

11. Replies to those oppositions shall be filed on or before September 19, 2008.

12. The parties shall continue to comply with this Court's July 16, 2007 Case Management Order.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge